# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

IN RE FED EX CORP. SECURITIES LITIGATION

                                                       Master File No. 1:19-cv-05990(RA)
                                                           No. 1:19-cv-06183 (RA)
                                                                1:19-cv-08723 (RA)

## **JUDGMENT**

                                    Debtors.

----------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 4, 2021, Defendants' motion to dismiss Plaintiff's complaint is GRANTED with prejudice; accordingly, the case is closed.

**Dated:** New York, New York
           February 4, 2021

                                                             **RUBY J. KRAJICK**
                                                              _____
                                                              **Clerk of Court**
                                 **BY:**       *K. Mango*
                                                              _____
                                                              **Deputy Clerk**